**Order entered October 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00284-CV

## TOYOTA MOTOR SALES, U.S.A., INC., ET AL., Appellants

## V.

## BENJAMIN THOMAS REAVIS, ET AL., Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-15296

## ORDER

Before the Court is the October 7, 2019 fourth request of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 11, 2019**.

Although this is a large reporter's record, it was originally due on July 5, 2019. Accordingly, we caution Ms. Dobbins that failure to file the reporter's record by October 11, 2019 may result in an order that she not sit as a court reporter until the reporter's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Dale Tillery, Presiding Judge of the 134tth Judicial District Court; Ms. Dobbins; and all parties.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE